*G. Hershenson* and *James B. McKeon* for the Consumers Petroleum Co. Reported below: 169 F. 2d 153.

No. 403. ESTATE OF ZELLERBACH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Philip S. Ehrlich* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for respondent. ■

Nos. 419 and 420. BEELER *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILWAY Co. C. A. 10th Cir. Certiorari denied. *Claude E. Sowers* for petitioner. *W. F. Peter* for respondent.

No. 421. BRADHAM ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *W. F. Semple* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

Nos. 423 and 424. BERNHARDT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *George S. Fitzgerald* and *Paul B. Mayrand* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 179, Misc. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 180, Misc. CLARK *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied. *James S. Redmond* for petitioner.